UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF PENNSYLVANIA

Amin Gibbs
　　Plaintiff

— against —

THE PHILA. POLICE DEPT. et al.
　　DEFENDANT

CA 16-5465
Complaint under the
Civil Rights Act, 42 U.S.C. § 1983
Jury Trial Demanded

FILED
MAY 09 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk


RECEIVED
MAY 9 2017

I. Parties in complaint:
A. Plaintiff Amin Gibbs
　　OD7148
　　SCI Pine Grove
　　191 Fyock Road
　　Indiana PA 15701

II. Statement of Claim:
In the City of Phila., THE PHILA. Police Dept.'s officials arrested plaintiff inside of 6724 Woodland Ave., Phila., Pa. 19143 in Southwest Phila. in a 3rd party's residence (MS. Rasheedah Malone). On 11/23/12 approximately 715 pm.

B. The Phila. Police Dept. initiated an unjustifiable arrest search & seizure of plaintiff's body. Plaintiff was conspired against while under care, custody, & control of the Dept.. Evid. was forged, plaintiff was falsely imprisoned, he stood trial for an impermissible charge, civilians/witnesses was threatened &/or bribed to recite testimonies against plaintiff or was not produced at his trial. Their testimonies was altered or edited without their consent. Plaintiff faced the death penalty then life. Plaintiff was ambushed at his trial with evid. he was not privileged to litigate. His Pa. Const., U.S. Const. rights were relentlessly violated. Statutes were disregarded & Pa. R. Crim. P. were deliberately misapplied to him.

III. Injuries:
Plaintiff was placed on both the t.v. news & daily news front pages. as a woman killer, the internet as well. Plaintiff's parole has been erroneously reconstructed, his street time has been taken for his parole; Plaintiff after acquittal of homicide & related charges was given 17½ - 35 yrs. for agg. assault & VUFA charges by forged cellphone evid., & illegal search & seizure of his body (Kidnapped) all in violation of his rights while under the color of law in this state

IV. These claims did not arise while plaintiff was confined.

V. Relief: Plaintiff is seeking (50) fifty million dollars compensation for the crimes committed against him. For the uncertainty of him living or dying under a capitol penalty. To have his time reconstructed correctly under his original number offense (1995) & to vacate his present sentence due to it's invalid verdict.

VI. Previous lawsuit:
A. No. Plaintiff is correctly adding the Phila., Police Dept. to his original complaint as ordered by the Court (U.S. Dist.) before May 18, 2017.

B. Have not filed another law suit before this (16-5465)

I declare under penalty of perjury that the forgoing is true & correct signed 5th day of May, 2017. Delivered complaint to prison authorites to be mailed to the Clerk's Office of the U.S. Dist. Court for the Eastern Dist. of Phila.

signature [signature]
DD 7148
191 Fyock Road
Indiana, PA 15701
Pine Grove

FILED
MAY 09 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

5/5/17
copy my file