IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMIN GIBBS : CIVIL ACTION
: NO. 16-5465
v. :
:
THE PHILA. POLICE DEPARTMENT, et al. :

## **ORDER**

AND NOW, this 20th day of September, 2017, upon consideration of a motion to dismiss the claims of plaintiff Amin Gibbs, proceeding pro se, by defendant Officer Craig Perry and a partial motion to dismiss by all defendants, Dkt. No. 16, it is ORDERED that the motion is GRANTED consistent with the accompanying memorandum of law and plaintiff's claims are DISMISSED.[1]

The Clerk of Court shall mark this case as CLOSED.

                                                *s/Thomas N. O'Neill, Jr.*
                                         THOMAS N. O'NEILL, JR., J.

---

[1] To the extent that plaintiff's claims challenge his 2014 convictions for aggravated assault, possession of firearms prohibited and carrying firearms in a public street, they are barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), as is plaintiff's claim for malicious prosecution. These claims are dismissed without prejudice to plaintiff filing a new civil action for damages against an appropriate defendant only in the event that plaintiff's convictions or sentence are elsewhere overturned or otherwise called into question.